

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS S. MILLETT; MICHELLE D. MCLAUGHLIN; and FLATHEAD COUNTY<br><br>　　　　Defendants. | Case No.: 9:21-cv-47-DWM<br><br><br><br><br>**ANSWER** |

1. This is a general statement overview and does not need to be admitted or denied.

2. Denies. Although the Court has already ruled against Defendant on this issue, therefore this issue is moot.

3. Denies. Although the Court has already ruled against Defendant on this issue, therefore this issue is moot.

4. Admit.

5. Admit.

6. Deny.

7. Admit.

8. Deny.

9. Admit.

10. Admit.

11. Admit.

12. Admit.

13. Admit

14. Deny.

15. Admit that Thomas S. Millet has contributed to payment of utilities. Denies that Thomas S. Millet has contributed to the property taxes.

16. Deny.

17. This statement needs no response.

18. Deny.

19. Deny.

20. Deny.

21. Deny.

22. Deny.

23. No response to this statement is needed.

24. Admit that title was transferred to Michelle D. McLaughlin. Denies the characterization "One Dollar and love and affection" was inadequate. The characterization of "One Dollar and love and affection" as inadequate is not a fact, but an opinion, and should be struck from the complaint.

25. Deny.

26. Deny.

27. Deny.

28. Admit that Michelle D. McLaughlin holds an interest in the Subject property. Denies that Michelle D. McLaughlin is a nominee of Thomas S. Millett.

29. No response to this statement is needed.

30. Deny.

31. Deny.

32. No response to this statement is needed.

33. Deny.

34. Deny.

35. Deny.

36. Deny.

37. Deny.

38. Deny.

39. Deny.

## COUNTER CLAIM OF DEFENDANTS

1. Defendant alleges that Plaintiff has failed to follow all the required legal and administrative steps required to assess and collect the tax, penalties and interest alleged in the complaint.

2. The tax, penalty and interest claimed in the complaint are baseless and arbitrary.

3. Plaintiff obtained documents about Defendants' utilities and taxes used in drafting this complaint from local tax authorities and other third parties in absence of any law, or without the notifications and procedures required under the Internal Revenue Code.

4. Plaintiffs successful attempts to obtain the above private information about Defendants, without any due process of law are violations of Defendant's right to privacy and right to be free from unreasonable searches and seizures as guaranteed by the 4th and the 9th Amendments of the US Constitution.

5. Each Defendant is entitled to $10,000 in damages for each occasion that Plaintiff obtained any utility, tax, or information about Defendants from third parties without due process of law.

6. Each Defendant is entitled to $10,000 in exemplary damages for each occasion that Plaintiff obtained any utility, tax, or information about Defendants from third parties without due process of law.

7. Each Defendant is entitled to $1 nominal damages for each occasion that Plaintiff obtained any utility, tax, or information about Defendants from third parties without due process of law.

8. Each Defendant is entitled to all costs of defending this action.

Dated: February 10, 2022                              Respectfully Submitted,

*Thomas J. Millett*                                   *Michelle D. McLaughlin*

Thomas S. Millett                                     Michelle D. McLaughlin
PO Box 1075                                           PO Box 1075
Marion, MT 59925                                      Marion, MT 59925

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THOMAS S. MILLETT; MICHELLE D. ) <br> MCLAUGHLIN; and FLATHEAD ) <br> COUNTY ) <br> ) <br> Defendants. ) <br> ) | Case No.: 9:21-cv-47-DWM <br><br><br><br><br><br> **PROOF OF SERVICE** <br> **BY MAIL** |

This is to certify that a copy of the foregoing:

**ANSWER**

was served on Plaintiff by mailing the same on <u>February 10, 2022,</u> by first class mail addressed as follows:

**James Petrila**
**Trial Attorney, US Department of Justice**
**PO Box 683**
**Washington, DC 20044**

Date: February 10, 2022

*[signature: Thomas J. Millett]*

Thomas S. Millett
PO Box 1075
Marion, MT 59925

5