DAVID A. HUBBERT
Deputy Assistant Attorney General

Rika Valdman
Chelsea Bissell (MTBN 58862977)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 514-6056 (RV)
(202) 307-1372 (CB)
(202) 307-0054 (f)
Rika.Valdman@usdoj.gov
Chelsea.E.Bissell@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THOMAS S. MILLETT, MICHELLE D. MCLAUGHLIN, and FLATHEAD COUNTY,<br><br>　　　　Defendants. | Case No. 9:21-cv-00047-DWM<br><br>**Joint Statement of Stipulated Facts** |

Pursuant to the Court's Order dated March 4, 2022 (Doc. 26), the United States, Thomas Millett, and Michelle McLaughlin stipulate and agree as follows.

The United States and Defendant Flathead County have stipulated to Flathead

1

County's nonparticipation thereby excusing it from stipulating to the foregoing facts. (*See* Doc. 4).

    1.    This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. §§ 7402 and 7403. Defendants continue to object to this Court's jurisdiction, even though the Court has denied Defendants' motion to dismiss this case for lack of jurisdiction.

    2.    Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b) and 1396, because Defendants reside in the District of Montana, and the real property that is the subject of this action is in Montana.

    3.    The Defendants are individuals residing in Flathead County, Montana.

    4.    The property the United States seeks to foreclose is located at 775 Pleasant Valley Road, Marion, MT 59925 (the Property), and legally described as:

> Parcel A of Certificate of Survey No. 18599, TR3L in SE4SW4 Section 10, Township 27, Range 24, 4.09 acres, Flathead County, Montana.
> Assessor's Parcel Number 0013504

    5.    The Defendants bought the Property for $43,500. On March 20, 2012, a warranty deed conveying this land to Defendants as joint tenants was recorded in Flathead County.

    6.    In June 2012, Mr. Millett applied for electric utilities from Flathead Electric Cooperative. He continued to pay these utilities through at least 2018.

7. Mr. Millett conveyed his interest in the Property to Ms. McLaughlin "in consideration of One dollar and love and affection." On September 18, 2012, a quitclaim deed reflecting this sale was recorded in Flathead County.

8. Mr. Millett does not own other real property.

9. Mr. Millett did not file tax returns for 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012 (the "years at issue").

10. Mr. Millett filed tax returns for years 2013, 2014, 2015, 2016 and 2017.

11. Mr. Millett submitted an offer in compromise to the Internal Revenue Service for the years at issue.

//

Respectfully submitted May10, 2022

DAVID A. HUBBERT
Deputy Assistant Attorney General

/s/ Chelsea Bissell
CHELSEA E. BISSELL
Trial Attorney
Civil Trial Section, Western Region

/s/ Thomas S. Millett
THOMAS S. MILLETT
Defendant

/s/ Michelle D. McLaughlin
MICHELLE D. MCLAUGHLIN
Defendant