DAVID A. HUBBERT
Deputy Assistant Attorney General

CHELSEA BISSELL (MTBN 58862977)
LOLITA DE PALMA (WABN 58380)
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(202) 307-1372 (CB)
(202) 305-3664 (LD)
(202) 307-0054 (f)
Chelsea.E.Bissell@usdoj.gov
Lolita.DePalma@usdoj.gov
Western.TaxCivil@usdoj.gov

*Counsel for United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>       Plaintiff,<br><br>v.<br><br>THOMAS S. MILLETT,<br>MICHELLE D. MCLAUGHLIN,<br>and FLATHEAD COUNTY,<br>       Defendants. | Case No. 9:21-cv-00047-DWM<br><br>**Statement of Undisputed Facts** |

Pursuant to Local Rule 56.1, the United States submits the following Statement of Undisputed Facts:

1

### Mr. Millett's Federal Income Tax Liability

1. Mr. Millett did not file income tax returns for the 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012 tax years. (Doc. 33, ¶ 9; Ex. 35, USA0489-0550).

2. He did file income tax returns for the 2010, 2013, 2014, 2015, 2016, and 2017 tax years. (Doc. 33, ¶ 10; Ex. 35, USA0551-0567).

3. Mr. Millett admitted that he did not pay federal taxes for the years at issue, aside from any amounts withheld from his income as a W2 employee. (Ex. 38, Millett Deposition Transcript, 31:2-34:4).

4. When asked why he did not pay his taxes, Mr. Millett stated that he is exempt from federal taxation. (*Id.*, 36:18-20).

5. He explained that only people who work in Washington, D.C. earn taxable "income" under the Internal Revenue Code. (*Id.*, 36:7-10). And because Mr. Millett earned money in a state, he does not owe federal income taxes: "I did not work in Washington, D.C. or one of the common wealths [sic] or anything like that. I worked in a state. And if you look at definitions of what a state is, what the United States is in the code, then, no, I did not receive income." (*Id.*, 35:13-18).

6.      Pursuant to 26 U.S.C. § 6020(b), the IRS determined the amount of tax owed by Mr. Millett for 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012, based on information maintained by the IRS. (*See* Ex. 35). The IRS timely made assessments against Mr. Millett for the 2010, 2013, 2014, 2015, 2016, and 2017 tax years. (*Id.*)

7.      Since the dates of the assessments, Mr. Millett continues to refuse to pay his federal incomes liabilities despite notice and demand for payment. (Marler Declaration, ¶ 7; *See* Deposition Exhibits, 1-4; Ex. 35). The outstanding amount Mr. Millett owes is calculated based on records maintained by the IRS and includes penalties, interest, and offsets. (*See* Marler Decl.). Mr. Millett's outstanding federal tax liabilities are as follows:

| Tax Year | Assessment Date | Assessed Amount | Outstanding Amount Due[1] |
|---|---|---|---|
| 2004 | 04/04/2011 | $14,682 | $47,319.68 |
| 2005 | 04/04/2011 | $22,332 | $59,752.03 |
| 2006 | 04/04/2011 | $23,502 | $65,785.68 |

---

[1] These figures represent the unpaid balances as of April 21, 2023. The unpaid balance includes payments, credits, and other offsets and allowances. Interest continues to accrue from the date of assessment until full payment.

| 2007 | 04/04/2011 | $24,837 | $30,907.46 |
| 2008 | 04/04/2011 | $68,179 | $81,172.63 |
| 2009 | 05/21/2012 | $22,589 | $17,391.15 |
| 2010 | 01/13/2020 | $23,235 | $25,345.79 |
| 2011 | 02/16/2015 | $9,581 | $3,135.47 |
| 2012 | 12/04/2017 | $20,419 | $18,204.90 |
| 2013 | 01/06/2020 | $11,573 | $10,436.22 |
| 2014 | 01/13/2020 | $22,538 | $36,874.54 |
| 2015 | 01/06/2020 | $101 | $303.19 |
| 2016 | 01/06/2020 | $4,903 | $9,189.78 |
| 2017 | 02/10/2020 | $7,683 | $14,003.87 |
| **Total** | | | **$419,822.39** |

8. Attached to the Marler Declaration are true copies of certified official transcripts of Mr. Millett's income tax accounts for the years at issue. (Ex. 35). These transcripts, known as Forms 4340, Certificates of Assessments, Payments, and Other Specified Matters, show that Mr. Millett incurred debts to the United States for assessed

4

balances of individual income taxes, interest, and penalties in the amounts set forth thereon.

9. Because Mr. Millett failed to pay the outstanding amounts owed after demand, federal tax liens arose in favor of the United States on the dates of assessment. 26 U.S.C. §§ 6321 and 6322.

10. To provide notice of these statutory liens, the IRS recorded the following Notices of Federal Tax Lien with Flathead County pursuant to 26 U.S.C. § 6323(f) (Marler Decl., Ex. 36):

| Type of Tax | Tax Period | Recorded Against | Date of Recording |
|---|---|---|---|
| 1040 | 2004 -2009 | Thomas S. Millett | 12/04/2012 |
| 1040 | 2011 | Thomas S. Millett | 04/15/2015 |
| 1040 | 2012 | Thomas S. Millett | 01/18/2018 |
| 1040 | 2004-2009, 2011-2012 | Michelle D. McLaughlin, as Nominee of Thomas S. Millett | 06/12/2018 |
| 1040 | 2017 | Thomas S. Millett | 12/15/2020 |
| 1040 | 2010, 2013-2016 | Thomas S. Millett | 03/02/2020 |

11. These liens encumber all Mr. Millett's property and rights to property as of the dates of assessment.

## The Property

12. On March 20, 2012, Mr. Millett and Ms. McLaughlin bought four acres of land in Flathead County at 775 Pleasant Valley Road, Marion, MT 59925 (the "Property"). The Property is legally described as:

> Parcel A of Certificate of Survey No. 18599, TR3L in SE4SW4 Section 10, Township 27, Range 24, 4.09 acres, Flathead County, Montana.
>
> Assessor's Parcel Number 0013504. (Depo. Ex. 11).

13. The Property cost $43,500 to purchase. (Depo. Ex. 12). Mr. Millett and Ms. McLaughlin split the purchase cost of the Property 50/50. Mr. Millett initially paid for the Property and Ms. McLaughlin paid him her share in cash. (Ex. 38, Millett Trans., 66:4-5; Ex. 39, McLaughlin Trans., 56:14-19).

14. On September 18, 2012, Mr. Millett quitclaimed his interest in the Property to Ms. McLaughlin for the price of "One dollar and love and affection." (Depo. Ex. 17; Doc. 33, ¶ 7). Ms. McLaughlin gave him one dollar in exchange for the half interest. (McLaughlin Trans., 60:23-61:1).

//

Respectfully submitted April 21, 2023.

DAVID HUBBERT
Deputy Assistant Attorney General

*/s/ Chelsea Bissell*
CHELSEA BISSELL
Trial Attorney, Tax Division
U.S. Department of Justice