Thomas S. Millett
PO Box 1075
Marion, MT 59925
406-212-3613
simplytom65@yahoo.com
(Defendant in Pro Per)

Michelle D. McLaughlin
PO Box 1075
Marion, MT 59925
(Defendant in Pro Per)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 9:21-cv-47-DWM |
| Plaintiff, | ) |
| | ) STATEMENT OF DISPUTED FACTS |
| vs. | ) |
| THOMAS S. MILLETT; MICHELLE D. MCLAUGHLIN; and FLATHEAD COUNTY | ) |
| _____ | ) |

Pursuant to Local Rule 56.1, defendants present the following in response to plaintiff's Statement of Undisputed Facts:

1. Mr. Millett did not file income tax returns for the 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012 tax years. (Doc. 33, ¶9; Ex. 35, USA0489-0550). Undisputed.

2. He did file income tax returns for the 2010, 2013, 2014, 2015, 2016, and

2017 tax years. (Doc. 33, ¶ 10; Ex. 35, USA0551-0567).

Undisputed.

3. Mr. Millett admitted that he did not pay federal taxes for the years at issue, aside from any amounts withheld from his income as a W2 employee. (Ex. 38, Millett Deposition Transcript, 31:2-34:4).

Undisputed.

4. When asked why he did not pay his taxes, Mr. Millett stated that he is exempt from federal taxation. (*Id.*, 36:18-20).

Undisputed, but irrelevant.

5. He explained that only people who work in Washington, D.C. earn taxable "income" under the Internal Revenue Code. (Id., 36:7-10). And because Mr. Millett earned money in a state, he does not owe federal income taxes: "I did not work in Washington, D.C. or one of the common wealths [sic] or anything like that. I worked in a state. And if you look at definitions of what a state is, what the United States is in the code, then, no, I did not receive income." (*Id.*, 35:13-18).

Undisputed.

6. Pursuant to 26 U.S.C. § 6020(b), the IRS determined the amount of tax owed by Mr. Millett for 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012, based on information maintained by the IRS. (*See* Ex. 35). The IRS timely made assessments against Mr. Millett for the 2010, 2013, 2014, 2015, 2016, and 2017 tax years. (*Id).*

Disputed. Exh 35 is inadmissible hearsay as plaintiff did not comply with the requirements of Evidence Rule 902(11). See Objection portion of brief opposing summary judgment.

7. Since the dates of the assessments, Mr. Millett continues to refuse to pay his federal incomes liabilities despite notice and demand for payment. (Marler Declaration, ¶ 7; *See* Deposition Exhibits, 1-4; Ex. 35). The outstanding amount Mr. Millett owes is calculated based on records maintained by the IRS and includes penalties, interest, and offsets. (*See* Marler Decl.). Mr. Millett's outstanding federal tax liabilities are as follows:
[table omitted]

Disputed. Marler Decl ¶7 does not state any facts, only an inadmissible conclusion; the 'deposition exhibits' 1 - 4 are unauthenticated and inadmissible; Exh 35 is inadmissible for lack of compliance with Evidence Rule 902(11).

8. Attached to the Marler Declaration are true copies of certified official transcripts of Mr. Millett's income tax accounts for the years at issue. (Ex. 35). These transcripts, known as Forms 4340, Certificates of Assessments, Payments, and Other Specified Matters, show that Mr. Millett incurred debts to the United States for assessed balances of individual income taxes, interest, and penalties in the amounts set forth thereon.

Disputed. Exh 35 is inadmissible hearsay as plaintiff did not comply with the requirements of Evidence Rule 902(11).

9. Because Mr. Millett failed to pay the outstanding amounts owed after demand, federal tax liens arose in favor of the United States on the dates of assessment. 26 U.S.C. §§ 6321 and 6322.

Disputed. This is a legal conclusion, not a fact statement.

10. To provide notice of these statutory liens, the IRS recorded the following Notices of Federal Tax Lien with Flathead County pursuant to 26 U.S.C. § 6323(f) (Marler Decl., Ex. 36): [table omitted]

Undisputed that lien notice was recorded; dispute the validity of the lien claims. ****

11. These liens encumber all Mr. Millett's property and rights to property as of the dates of assessment.

Disputed. This is a legal conclusion, not a fact statement.

12. On March 20, 2012, Mr. Millett and Ms. McLaughlin bought four acres of land in Flathead County at 775 Pleasant Valley Road, Marion, MT 59925 (the "Property"). The Property is legally described as:

> Parcel A of Certificate of Survey No. 18599, TR3L in SE4SW4 Section 10, Township 27, Range 24, 4.09 acres, Flathead County, Montana.

Assessor's Parcel Number 0013504. (Depo. Ex. 11).

Undisputed.

13. The Property cost $43,500 to purchase. (Depo. Ex. 12). Mr. Millett and Ms. McLaughlin split the purchase cost of the Property 50/50. Mr. Millett initially paid for the

Property and Ms. McLaughlin paid him her share in cash. (Ex. 38, Millett Trans., 66:4-5; Ex. 39, McLaughlin Trans., 56:14-19).

Undisputed.

14. On September 18, 2012, Mr. Millett quitclaimed his interest in the Property to Ms. McLaughlin for the price of "One dollar and love and affection." (Depo. Ex. 17; Doc. 33, ¶ 7). Ms. McLaughlin gave him one dollar in exchange for the half interest. (McLaughlin Trans., 60:23-61:1).

Disputed. Love and affection was also part of the agreement and is of value, and no evidence exists it was not given.

Additional Facts:

15. No document(s) exist that show any notice(s) of deficiency were mailed to defendant Millett's last known address at the time for any of the tax years 2004, 2005, 2006, 2007, 2008, 2009, 2011, and 2012. (Nothing in U.S. disclosures, discovery, or documents presented with motion).

/s/ Thomas S. Millett
Thomas S. Millett
PO Box 1075
Marion, MT 59925

/s/ Michelle D. McLaughlin
Michelle D. McLaughlin
PO Box 1075
Marion, MT 59925

CERTIFICATE OF SERVICE

      IT IS HEREBY CERTIFIED that on this 11th day of May 2023, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to the following:

Chelsea Bissell
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
(Attorney for United States)

                                          /s/ Thomas S. Millett