IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 21–47–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| THOMAS MILLETT, MICHELLE MCLAUGHLIN, and FLATHEAD COUNTY, | |
| Defendants. | |

Plaintiff United States once again seeks to extend the case deadlines, this time on the basis of pending motions for summary judgment. (Doc. 76.) However, as previously stated by this Court, "no further extensions of time will be granted and the trial shall proceed on the" existing date." (Doc. 61.)

Accordingly, IT IS ORDERED that the government's motion (Doc. 76) is DENIED.

DATED this 14th day of June, 2023.

Donald W. Molloy, District Judge
United States District Court