```
P/R/F: EOD-20-21       IMF -ID'S TRANSACTION RECORD      04-30-2012   07

TIN  XXX-XX-XXXX     TSC I              DLN 29 2 47 - 521 - 002 07 - 2
MFT 30    PERIOD 200912    PLAN 000    INPUT 04-26-2012 EMPL.NO 0469705082
NAME CONTROL       DL CYC DELAY CD 0   TRI              SEQUENCE NO 0121
INT DT 00-00-0000 PRI CD 9 HOLD CD    APPL CD     DISP CD  13 EXAM RECM
                     TRANSACTION CODES AND AMOUNTS
300         22,589.00       170           128.78     160          1,597.50
                  .00                        .00                       .00

                REF NUMBERS AND AMOUNTS/NO CHANGE ISSUE CODES
806         15,489.00       888        112,454.00    886        103,104.00
                  .00                        .00                       .00
                  .00                        .00

      SETTLEMENT AMT                  AIMS RESULT AMT         7,100.00
      AGREEMENT DT    - -      CLAIM REJECTION DT   - -    ASED 05-15-2015
      INT TO DT       - -      2% INT DT           - -    30/90 DT   - -
      30/90 AMT
      DMF AGENCY CD            MATH ERROR CD
      TXPR CORRESPONDENCE DT  - -      CREDIT INT DT   - -


CF5147                                          PAGE NO    1110
```



USA0016

FOR   OFFICIAL   USE   ONLY

Employee Number: 0469705082                Category: E

Input or Julian Date: 04/26/2012           Sequence #: 121

TIN: ▮▮▮▮▮▮▮▮                              Tax Period: 200912

Quality Review Release Date: ___ / ___ / _____

---

# E X A M I N A T I O N
## R E P O R T   G E N E R A T I O N   S O F T W A R E
## ( R G S )   C L O S I N G   I N F O R M A T I O N

---

The RGS system at the Ogden compliance center maintains an electronic file of letters sent to the taxpayer, the examination report, case workpapers and history sheet, and the form 5344.

Please contact the RGS Coordinator for the above compliance center to obtain a copy of this information.

You can find a list of the RGS Coordinators at the RGS home page on the IRWeb.

Form 13181 (Rev. 10-01)
Cat. No. 32814E

FOR   OFFICIAL   USE   ONLY

```
IMFOLT            30200912P02  IMF TAX MODULE           NM CTRL:M1.

TC   DATE       AMOUNT       CYCLE    DLN                  VARIABLE
170 05212012       128.78    20121905 29247-521-00207-2 CSED:05212022
160 05212012     1,597.50    20121905 29247-521-00207-2 CSED:05212022
806 04152010    15,489.00-   20121905 29247-521-00207-2
300 05212012    22,589.00    20121905 29247-521-00207-2 NOLCF DIS
                CF-NUM:   EXAM-CLM:   CSED:05212022       NOL CRDIS
                DISPOSAL-CD:13 TECHNIQ CD:7               EXM UNAGD
                RSN-CD-1:000 RSN-CD-2:000                 NOL CLAIM
                RSN-CD-3:000 PEN-RSN-CD:000               EX CLMDIS
421 05212012          .00    20121905 29247-521-00207-2
336 05212012       678.74    20121905 29247-521-00207-2
276 05212012       923.00    20121905 29247-521-00207-2
971 05212012          .00    20121905 29277-521-00207-2 ACT-CD: 804
                                                        MISCCP 0022
```

PAGE 002 OF 002             IMFOLT                30~00912



**IRS** Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0040



7178 2665 9395 4335 2045

002399.927861.0020.001 3 MB 0.640 2345

THOMAS S MILLETT
8174 LAS VEGAS BLVD S STE 109
LAS VEGAS, NV 89123-1054340



002399

---

Cut here and return this portion with your correspondence. Be sure the IRS address appears in the envelope window.

Notice Number: LTR3219
Notice Date: January 9, 2012
PC0277

Internal Revenue Service
OGDEN SERVICE CENTER
OGDEN, UT 84201-0040

THOMAS S MILLETT
8174 LAS VEGAS BLVD S STE 109
LAS VEGAS, NV 89123-1054340

  DL MILL 30 0 200912 640 00001004288

USA0019

IRS Department of the Treasury
Internal Revenue Service
Ogden, UT  84201-0040



002399

7178 2665 9395 4335 2045

THOMAS S MILLETT
8174 LAS VEGAS BLVD S STE 109
LAS VEGAS, NV  89123-1054340

Letter Number: 3219(SC/CG)
Letter Date:   January 9, 2012

Taxpayer Identification Number:

Tax Form: 1040

Tax Year Ended and Deficiency

DECEMBER 31, 2009     $22,589.00
Contact Person:

MS. GREEN 1000099936
Contact Telephone Number:
(866) 897-0161
(TOLL FREE NUMBER)
Hours to Call:

7:00 AM - 7:00 PM MST M-F

Last Date to Petition Tax Court:
April 9, 2012

Penalties/Additions to Tax
IRC Section 6651(a)(1)         1,597.50
IRC Section 6654(a)              128.78
IRC Section 6651(a)(2)           674.50

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the Last Date to Petition Tax Court (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the United States Tax Court 400 Second Street NW, Washington D.C. 20217. Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

USA0020

EXM00

| FORM 5564 | Department of the Treasury --- Internal Revenue Service | Symbols |
|---|---|---|
| (Rev. June 1992) | NOTICE OF DEFICIENCY - WAIVER | Ogden 4622 |

Name and Address of Taxpayer(s)
THOMAS S MILLETT
8174 LAS VEGAS BLVD S STE 109
LAS VEGAS, NV  89123-1054340

January 9, 2012

002399

| Kind of Tax | ☐ Copy to Authorized Representative |
|---|---|
| INDIVIDUAL INCOME | |

| Tax Year Ended | DEFICIENCY | | |
|---|---|---|---|
| DECEMBER 31, 2009 | Increase in Tax | $22,589.00 | Penalties |
| | IRC Section 6651(a)(1) | | 1,597.50 |
| | IRC Section 6654(a) | | 128.78 |
| | IRC Section 6651(a)(2) | | 674.50 |

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

FORM 5564 (Rev. 6-92)

USA0021

| Form **4549** (Rev. May 2008) | Department of the Treasury-Internal Revenue Service **Income Tax Examination Changes** | | Page 1 of 2 | |
|---|---|---|---|---|
| Name and Address of Taxpayer THOMAS S MILLETT 8174 LAS VEGAS BLVD S STE 109 LAS VEGAS NV 89123-1054 | Taxpayer Identification Number | | Return Form No: 1040 | |
| | Person with whom examination changes were discussed. | Name and Title: | | |
| 1. **Adjustments to Income** | Period End 12/31/2009 | Period End | Period End | |
| a. Wages - Tips - Other Compensation | 112,454.00 | | | |
| b. Standard Deduction | (5,700.00) | | | |
| c. Exemptions | (3,650.00) | | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. **Total Adjustments** | 103,104.00 | | | |
| 3. Taxable Income Per Return or as Previously Adjusted | 0.00 | | | |
| 4. **Corrected Taxable Income** | 103,104.00 | | | |
| Tax Method | TAX RATE | | | |
| Filing Status | Single | | | |
| 5. **Tax** | 22,589.00 | | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | | |
| 7. **Corrected Tax Liability** | 22,589.00 | | | |
| 8. **Less Credits** a. b. c. d. | | | | |
| 9. **Balance** (Line 7 less Lines 8a through 8d) | 22,589.00 | | | |
| 10. Plus Other Taxes a. b. c. d. | | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | 22,589.00 | | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | 0.00 | | | |
| 13. Adjustments to: a. b. c. | | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax) (Line 11 less Line 12 adjusted by Lines 13a through 13c) | 22,589.00 | | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) See Other Info | 15,489.00 | | | |
| 16. Balance Due or (Overpayment) - (Line 14 adjusted by Line 15) (Excluding interest and penalties) | 7,100.00 | | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding (withholding of a percentage of your dividend and/or interest income) if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A   www.irs.gov   Form **4549** (Rev. 5-2008)

USA0022



002399

| Name of Taxpayer: THOMAS S MILLETT | | 10/24/2011 |
|---|---|---|
| Identification Number: | Total | 12.30.00 |

### 2009 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 112,454.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 0.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 112,454.00 |
| 6. Exemption amount | 46,700.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 65,754.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 17,096.00 |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 17,096.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 22,589.00 |
| 12. Alternative minimum tax | 0.00 |

### Exemption Worksheet (line 6 above)

| | |
|---|---:|
| A. Exemption amount based on filing status | 46,700.00 |
| B. Alternative minimum taxable income | 112,454.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 0.00 |
| E. Multiply line D by 25% | 0.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 46,700.00 |