| | |
|---|---|
| **IRS** Department of the Treasury<br>Internal Revenue Service<br>Ogden, UT 84201-0040 | Letter Number: 3219(SC/CG)<br>Letter Date: September 29, 2014<br>Taxpayer Identification Number: |

7161761792852839820b

Tax Form: 1040

Tax Year Ended and Deficiency

DECEMBER 31, 2011       $9,581.00

Contact Person:

MR. CARVER1000099691

THOMAS S MILLETT
PO BOX 1075
MARION, MT 59925-1075755

Contact Telephone Number:
(866) 897-0161
(TOLL FREE NUMBER)
Hours to Call:

7:00 AM - 7:00 PM MST M-F

Last Date to Petition Tax Court:
December 29, 2014

Penalties/Additions to Tax
IRC Section  6651(a)(1)      316.13
IRC Section  6651(a)(2)      196.70

000939

Dear Taxpayer:

We have determined that there is a deficiency (increase) in your income tax as shown above. This letter is your NOTICE OF DEFICIENCY, as required by law. The enclosed statement shows how we figured the deficiency.

If you want to contest this determination in court before making any payment, you have until the Last Date to Petition Tax Court (90 days from the date of this letter or 150 days if the letter is addressed to you outside the United States) to file a petition with the United States Tax Court for a redetermination of the amount of your tax. You can get a petition form and the rules for filing a petition from the Tax Court. You should file the petition with the United States Tax Court, 400 Second Street NW, Washington D.C. 20217. Attach a copy of this letter to the petition.

The time in which you must file a petition with the court (90 days or 150 days as the case may be) is fixed by law and the Court cannot consider your case if the petition is filed late. As required by law, separate notices are sent to spouses. If this letter is addressed to both a husband and wife, and both want to petition the Tax Court, both must sign the petition or each must file a separate, signed petition.

The Tax Court has a simplified procedure for small tax cases when the amount in dispute is $50,000 or less for any one tax year. You can also get information about this procedure, as well as a petition form you can use, by writing to the Clerk of the United States Tax Court at 400 Second Street, NW, Washington, D.C. 20217. You should write promptly if you intend to file a petition with the Tax Court.

If you decide not to file a petition with the Tax Court, please sign and return the enclosed waiver form to us. This will permit us to assess the deficiency quickly and will limit the accumulation of interest. We've enclosed an envelope you can use. If you decide not to sign and return the waiver and you do not petition the Tax Court, the law requires us to assess and bill you for the deficiency after 90 days from the date of this letter (150 days if this letter is addressed to you outside the United States).

EXHIBIT
3
Millett

USA0700

If you have questions about this letter, you may call the Contact Person whose name and telephone number are shown in the heading of this letter. If this number is outside your local calling area, there will be a long distance charge to you. If you prefer, you can call the Internal Revenue Service (IRS) telephone number in your local directory. An IRS employee there may be able to help you, but the office at the address shown on this letter is most familiar with your case.

When you send information we requested or if you write to us about this letter, please provide a telephone number and the best time to call you if we need more information. Please attach this letter to your correspondence to help us identify your case. Keep the copy for your records.

The person whose name and telephone number are shown in the heading of this letter can access your tax information and help get you answers. You also have the right to contact the Taxpayer Advocate. You can call 1-877-777-4778 and ask for Taxpayer Advocate Assistance. Or you can contact the Taxpayer Advocate for the IRS Office that issued this Notice of Deficiency by calling (801) 620-7168 or writing to:

> OGDEN SERVICE CENTER
> TAXPAYER ADVOCATE
> P.O. BOX 9941, STOP 1005
> OGDEN, UT 84409

Taxpayer Advocate assistance is not a substitute for established IRS procedures such as the formal appeals process. The Taxpayer Advocate is not able to reverse legally correct tax determinations, nor extend the time fixed by law that you have to file a petition in the United States Tax Court. The Taxpayer Advocate can, however, see that a tax matter that may not have been resolved through normal channels gets prompt and proper handling.

Thank you for your cooperation.

Sincerely yours,

Commissioner
By

*[signature]*

BILL R BANOWSKY
SERVICE CENTER
Ogden Service Center

Enclosures:
Copy of this letter
Waiver
Envelope

Cat. No. 27500P        Letter 3219(SC/CG) (08-1999)

USA0701

| Form **4549**<br>(Rev. May 2008) | Department of the Treasury-Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 1 of 2 |
|---|---|---|---|
| Name and Address of Taxpayer<br><br>THOMAS S MILLETT<br>PO BOX 1075<br>MARION MT 59925-1075 | Taxpayer Identification Number | | Return Form No:<br>1040 |
| | Person with whom examination changes were discussed. | Name and Title | |

| | | Period End<br>12/31/2011 | Period End | Period End |
|---|---|---|---|---|
| 1. **Adjustments to Income** | | | | |
| a. | Wages - Tips - Other Compensation | 63,306.00 | | |
| b. | Standard Deduction | (5,800.00) | | |
| c. | Exemptions | (3,700.00) | | |
| d. | | | | |
| e. | | | | |
| f. | | | | |
| g. | | | | |
| h. | | | | |
| i. | | | | |
| j. | | | | |
| k. | | | | |
| l. | | | | |
| m. | | | | |
| n. | | | | |
| o. | | | | |
| p. | | | | |
| 2. **Total Adjustments** | | 53,806.00 | | |
| 3. Taxable Income Per Return or as Previously Adjusted | | 0.00 | | |
| 4. **Corrected Taxable Income** | | 53,806.00 | | |
| | Tax Method | TAX TABLE | | |
| | Filing Status | Single | | |
| 5. Tax | | 9,581.00 | | |
| 6. Additional Taxes / Alternative Minimum Tax | | | | |
| 7. Corrected Tax Liability | | 9,581.00 | | |
| 8. **Less Credits** | a.<br>b.<br>c.<br>d. | | | |
| 9. **Balance** (Line 7 less Lines 8a through 8d) | | 9,581.00 | | |
| 10. Plus Other Taxes | a.<br>b.<br>c.<br>d. | | | |
| 11. Total Corrected Tax Liability (Line 9 plus Lines 10a through 10d) | | 9,581.00 | | |
| 12. Total Tax Shown on Return or as Previously Adjusted | | 0.00 | | |
| 13. Adjustments to: | a.<br>b.<br>c. | | | |
| 14. Deficiency-Increase in Tax or (Overassessment-Decrease in Tax)<br>(Line 11 less Line 12 adjusted by Lines 13a through 13c) | | 9,581.00 | | |
| 15. Adjustments to Prepayment Credits - Increase (Decrease) See Other Info | | 8,176.00 | | |
| 16. **Balance Due** or **(Overpayment)** - (Line 14 adjusted by Line 15)<br>*(Excluding interest and penalties)* | | 1,405.00 | | |

The Internal Revenue Service has agreements with state tax agencies under which information about federal tax, including increases or decreases, is exchanged with the states. If this change affects the amount of your state income tax, you should amend your state return by filing the necessary forms.

You may be subject to backup withholding if you underreport your interest, dividend, or patronage dividend income you earned and do not pay the required tax. The IRS may order backup withholding *(withholding of a percentage of your dividend and/or interest income)* if the tax remains unpaid after it has been assessed and four notices have been issued to you over a 120-day period.

Catalog Number 23105A   www.irs.gov   Form **4549** (Rev. 5-2008)

USA0702

| Form **4549** (Rev. May 2008) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | | Page 2 of 2 | |
|---|---|---|---|---|
| Name of Taxpayer<br>THOMAS S MILLETT | | Taxpayer Identification Number | Return Form No:<br>1040 | |

| 17. **Penalties/ Code Sections** | **Period End**<br>12/31/2011 | **Period End** | **Period End** |
|---|---|---|---|
| a. Delq-IRC 6651(a)(2) | 196.70 | | |
| b. Delq-IRC 6651(a)(1) | 316.13 | | |
| c. | | | |
| d. | | | |
| e. | | | |
| f. | | | |
| g. | | | |
| h. | | | |
| i. | | | |
| j. | | | |
| k. | | | |
| l. | | | |
| m. | | | |
| n. | | | |
| 18. **Total Penalties** | 512.83 | | |
| Underpayment attributable to negligence: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to fraud: (1981-1987) A tax addition of 50 percent of the interest due on the underpayment will accrue until it is paid or assessed. | | | |
| Underpayment attributable to Tax Motivated Transactions (TMT). The interest will accrue and be assessed at 120% of the under-payment rate in accordance with IRC §6621(c) | 0.00 | | |
| 19. **Summary of Taxes, Penalties and Interest:** | | | |
| a. Balance due or (Overpayment) Taxes - (Line 16, Page 1) | 1,405.00 | | |
| b. Penalties (Line 18) computed to 07/28/2014 | 512.83 | | |
| c. Interest (IRC§ 6601) - computed to 08/27/2014 | 126.70 | | |
| d. TMT Interest - computed to 08/27/2014 (on TMT underpayment) | 0.00 | | |
| e. Amount due or (refund) - (sum of Lines a, b, c and d) | 2,044.53 | | |

**Other Information:**

Line 13a may include adjustments to the following: Form 4136; Form 8885; Recovery rebate credit; Form 5405; Schedule M; Form 8863; Form 8801; Form 8839.

Line 15 may include adjustments to the following: Federal Income Tax Withheld; Form 2439; Frozen refunds; Excess Social Security/Railroad Retirement Tax Act; Other timely payments.

| Examiner's Signature:<br>Tax Examiner - MS 4388 | Employee ID:<br>1000099691 | Office:<br>Ogden Service Center | Date:<br>07/28/2014 |
|---|---|---|---|

Consent to Assessment and Collection - I do not wish to exercise my appeal rights with the Internal Revenue Service or to contest in the United States Tax Court the findings in this report. Therefore, I give my consent to the immediate assessment and collection of any increase in tax and penalties, and accept any decrease in tax and penalties shown above, plus additional interest as provided by law. It is understood that this report is subject to acceptance by the Area Director, Area Manager, Specialty Tax Program Chief or Director of Field Operations.

*PLEASE NOTE: If a joint return was filed. BOTH taxpayers must sign*

| Signature of Taxpayer | Date: | Signature of Taxpayer | Date: |
|---|---|---|---|
| By: | | Title: | Date: |

Catalog Number 23105A   www.irs.gov   Form **4549** (Rev. 5-2008)

USA0703

| | | | |
|---|---|---|---|
| Name of Taxpayer: | THOMAS S MILLETT | | 07/28/2014 |
| Identification Number: | | Total | 15.20.00 |

## 2011 - Form 6251 - Alternative Minimum Tax Computation

| | |
|---|---:|
| 1. If filing Schedule A, enter taxable income before exemptions; otherwise, enter adjusted gross income | 63,306.00 |
| 2. Total adjustment and preferences (excluding any NOL deduction) | 0.00 |
| 3. Net operating loss deduction | 0.00 |
| 4. Alternative tax net operating loss deduction | 0.00 |
| 5. Alternative minimum taxable income (combine lines 1 thru 4) | 63,306.00 |
| 6. Exemption amount | 48,450.00 |
| 7. Subtract line 6 from line 5 (if zero or less, enter zero) | 14,856.00 |
| 8. If capital gains are reported, see line 19 from continuation page (If FEIT worksheet for AMT is used, enter amount from line 6 of that worksheet instead) All others: If line 7 is $175,000 or less ($87,500 if MFS) multiply line 7 by 26%. Otherwise, multiply line 7 by 28% and subtract $3,500 ($1,750 if MFS) from the result | 3,863.00 |
| 9. Alternative minimum tax foreign tax credit | 0.00 |
| 10. Tentative minimum tax (line 8 less line 9) | 3,863.00 |
| 11. Regular tax before credits (if Schedule J was used to figure tax, use the refigured amounts for lines 44 and 47 of Form 1040 without using Schedule J) | 9,581.00 |
| 12. Alternative minimum tax | 0.00 |

**Exemption Worksheet (line 6 above)**

| | |
|---|---:|
| A. Exemption amount based on filing status | 48,450.00 |
| B. Alternative minimum taxable income | 63,306.00 |
| C. Enter $112,500 ($150,000 if married filing jointly or qualifying widow(er), $75,000 if married filing separately) | 112,500.00 |
| D. Subtract line C from line B | 0.00 |
| E. Multiply line D by 25% | 0.00 |
| F. Subtract line E from line A (if zero or less, enter zero) | 48,450.00 |

000939



USA0704

| | | | |
|---|---|---|---|
| Name of Taxpayer: | THOMAS S MILLETT | | 07/28/2014 |
| Identification Number: | | Total | 15.20.00 |

## EXPLANATION OF THE DELINQUENCY PENALTY

Since your income tax return was not filed within the time limit prescribed by law and/or the tax was not paid, and you have not shown that such failure was due to reasonable cause an addition to the tax is charged as shown below, in accordance with Section 6651(a)(1) and/or Section 6651(a)(2) of the Internal Revenue Code.



### 2011 - DELINQUENCY PENALTY

000939

| | | |
|---|---|---|
| 1. Delinquency penalty abated | | 0.00 |
| 2. Date return due | 04/15/2012 | |
| 3. Date return filed | 07/28/2014 | |
| 4. Failure to File penalty rate | 0.225 | |
| 5. Failure to Pay penalty rate | 0.140 | |
| 6. Total corrected tax liability | | 9,581.00 |
| 7. Allowable payments on or prior to due date of return | | 8,176.00 |
| 8. Net Amount Due (line 6 less line 7) | | 1,405.00 |
| 9. Failure to File Penalty - line 8 multiplied by line 4 | | 316.13 |
| 10. Minimum penalty if over 60 days delinquent | | 135.00 |
| 11. Failure to File Penalty - Greater of line 9 or line 10 | | 316.13 |
| 12. Previously assessed/previously agreed Failure to File Penalty | | 0.00 |
| 13. Net Failure to File Penalty - line 11 less line 12 | | 316.13 |
| 14. Failure to Pay Penalty - line 8 multiplied by line 5 | | 196.70 |
| 15. Previously assessed/previously agreed Failure to Pay Penalty | | 0.00 |
| 16. Net Failure to Pay Penalty - line 14 less line 15 * | | 196.70 |
| 17. Total Delinquency Penalty - Sum of line 13 and 16 | | 512.83 |

\* If an amount appears as the Failure to Pay Penalty, the amount only reflects the addition to tax under Internal Revenue Code section 6651(a)(2) through the date of this notice. The addition to tax will continue to accrue from the due date of the return at a rate of 0.5 percent each month, or fraction thereof, of nonpayment, not exceeding 25 percent.

| Name of Taxpayer: | THOMAS S MILLETT | | 07/28/2014 |
|---|---|---|---|
| Identification Number: | | Total | 15.20.00 |

## 2011 - Form 6251 - Continuation, Tax Computation Using Maximum Capital Gain Rates

| | |
|---|---:|
| 1. Amount from Form 6251 report, line 7 | 14,856.00 |
| (If FEIT worksheet for AMT was used, enter amount from line 3 of that worksheet instead) | |
| 2. Amount from line 6 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 13 Schedule D Tax Worksheet (refigured for AMT) | 0.00 |
| 3. Amount from Schedule D line 19 (refigured for AMT) | 0.00 |
| 4. Amount from line 2 if no Schedule D worksheet; otherwise, the smaller of | |
| the sum of line 2 and line 3 or Schedule D worksheet line 10 (refigured for AMT) | 0.00 |
| 5. Smaller of line 1 or line 4 | 0.00 |
| 6. Subtract line 5 from line 1 | 14,856.00 |
| 7. If line 6 is $175,000 or less ($87,500 if MFS) multiply line 6 by 26%; | |
| otherwise, multiply line 6 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 3,863.00 |
| 8. Enter: | |
| $69,000 if married filing jointly or qualifying window(er) | |
| $34,500 if single or married filing separately | 34,500.00 |
| $46,250 if head of household | |
| 9. Amount from line 7 Qualified Dividends and Capital Gain Tax Worksheet | |
| or line 14 Schedule D Tax Worksheet | 0.00 |
| 10. Subtract line 9 from line 8 (if zero or less, enter zero) | 34,500.00 |
| 11. Smaller of line 1 or line 2 | 0.00 |
| 12. Smaller of line 10 or line 11 | 0.00 |
| 13. Subtract line 12 from line 11 | 0.00 |
| 14. Multiply line 13 by 15% | 0.00 |
| 15. Subtract line 11 from line 5 | 0.00 |
| 16. Multiply line 15 by 25% | 0.00 |
| 17. Total of lines 7, 14 and 16 | 3,863.00 |
| 18. If line 1 is $175,000 or less ($87,500 if MFS) multiply line 1 by 26%; | |
| otherwise, multiply line 1 by 28% and subtract $3,500 ($1,750 if MFS) | |
| from the result | 3,863.00 |
| 19. Smaller of line 17 or line 18. Enter here and on line 8 of Form 6251 report | 3,863.00 |

| Form **886-A**<br>(Rev. January 1994) | **EXPLANATION OF ITEMS** | Schedule number or exhibit |
|---|---|---|
| Name of taxpayer<br>THOMAS S MILLETT | Tax Identification Number | Year/Period ended<br>2011 |



Personal Exemption - Self
   Per Return: 0
   Per Exam: 1
   Per Adjustment: -1

000939

Since you failed to file your tax return(s) for the tax year(s) shown in this report, we have filed for you as authorized by Internal Revenue Code Section 6020(b). The income, filing status, deductions, and credits shown in this report are based on information available to us. The proposed adjustments may not reflect certain deductions, expenses, exemptions, credits and other tax benefits, such as cost basis of capital items, due to your failure to file your return and provide supporting information.

We used Information Return Documents filed by payers as reported under your Social Security Number to determine your income. If you need an itemized list of payers and amounts of the income reported to the Internal Revenue Service, you may request this information by calling the toll-free number or writing to the address shown on the accompanying letter.

| Name Of Taxpayer: | THOMAS S MILLETT | | 07/28/2014 |
|---|---|---|---|
| Identification Number: | | Total | 15.20.00 |

## HOW TO PAY YOUR TAXES



000939

If you agree with our examination, pay now by sending a check or money order payable to U.S. Department of the Treasury and your signed agreement. The enclosed report does not reflect any balance currently due on your account.

Why it is to your advantage to pay now:
- Decreases future interest charges
- Prevents assessment of failure to pay penalty
- Reduces payment of nondeductible interest
- Eliminates further contact with us

If you agree with our examination and cannot pay now:

1) Can you pay the full amount within 120 days?   [ ] Yes    [ ] No
   - If yes, send in the signed agreement now and submit the balance due when you receive a bill. Checks should be made payable to U.S. Department of the Treasury.
   - If no, you may be eligible for a payment plan.

2) If you would like us to consider an installment agreement, submit your written request or check the box below and return this flyer with your signed agreement.

   [ ] I would like to pay $ _____ per month.

   (We encourage you to make your payments as large as possible to limit penalty and interest charges.)

   I would like my payment to be due on the _____ of the month.

   (Please indicate a date between the 1st and 28th of the month.)

   You will be charged a fee if your request is approved. DO NOT include the fee with this flyer. We will send you a bill for the fee when we approve your request.

   Please provide a telephone number where we can contact you regarding your request.

   Home: (      ) _____

   Work: (      ) _____

ALSO, if you agree with our examination, PLEASE SIGN PAGE 2 OF THE REPORT (Form 4549) and return pages 1 and 2 to us.

\* Interest and applicable penalties will continue to accrue until your balance is paid in full.
\* All checks or money orders for payment should be made payable to U.S. Department of the Treasury.

| Name Of Taxpayer: | THOMAS S MILLETT | | | 07/28/2014 |
|---|---|---|---|---|
| Identification Number: | | | Total | 15.20.00 |

## 2011 **TAX YEAR INTEREST COMPUTATION**

| | | |
|---|---|---|
| Interest computed to | | 08/27/2014 |
| Total Tax Deficiency | | $1,405.00 |

Plus Penalties*
    Failure to File - IRC 6651      $316.13
    Accuracy Related Penalty - IRC 6662      $.00
    Accuracy Related Penalty - IRC 6662A      $.00
    Civil Fraud - IRC 6663      $.00
    Manually Computed Penalty      $.00

Total Penalties Subject to Interest     $316.13
Tax Deficiency and Penalties Subject to Interest     $1,721.13

| Type | Effective Dates | Days | Rate | Interest |
|---|---|---|---|---|
| Compound | 04/15/2012--12/31/2012 | 260 | 3% | $37.07 |
| Compound | 01/01/2013--12/31/2013 | 365 | 3% | $53.54 |
| Compound | 01/01/2014--08/27/2014 | 240 | 3% | $36.09 |
| | | Total Interest | | $126.70 |

Interest on penalties is computed from the due date of the return (including extensions) until the date of payment. The interest shown on this report is estimated. Interest is computed from the due date of the return (including extensions) and will continue to accrue until the date paid in full. Interest on the failure to pay penalty is computed from the date of assessment and is therefore not considered in this report.

000939

| FORM 5564 (Rev. June 1992) | Department of the Treasury — Internal Revenue Service NOTICE OF DEFICIENCY - WAIVER | Symbols Ogden 4622 |
|---|---|---|

Name and Address of Taxpayer(s)
THOMAS S MILLETT
PO BOX 1075
MARION, MT 59925-1075755

September 29, 2014

| Kind of Tax  INDIVIDUAL INCOME | ☐ Copy to Authorized Representative |
|---|---|

| Tax Year Ended DECEMBER 31, 2011 | DEFICIENCY | | |
|---|---|---|---|
| | Increase in Tax | $9,581.00 | Penalties |
| | IRC Section 6651(a)(1) | | 316.13 |
| | IRC Section 6651(a)(2) | | 196.70 |

000939

I consent to the immediate assessment and collection of the deficiencies (increase in tax and penalties) shown above, plus any interest. Also, I waive the requirement under section 6532(a)(1) of the Internal Revenue Code that a notice of claim disallowance be sent to me by certified mail for any overpayment shown on the attached report. I understand that the filing of this waiver is irrevocable and it will begin the 2-year period for filing suit for refund of the claims disallowed as if the notice of disallowance had been sent by certified or registered mail.

| Signature | | | Date |
|---|---|---|---|
| | | | Date |
| | By | Title | Date |

Note: If you consent to the assessment of the deficiencies shown in this waiver, please sign and return this form to limit the interest charge and expedite our bill to you. Please do not sign and return any prior notices you may have received. Your consent signature is required on this waiver, even if fully paid.

Your consent will not prevent you from filing a claim for refund (after you have paid the tax) if you later believe you are so entitled; nor prevent us from later determining, if necessary, that you owe additional tax; nor extend the time provided by law for such action.

If you later file a claim and the Service disallows it, you may file suit for refund in a District Court or in the United States Claims Court, but you may not file a petition with the United States Tax Court.

Who Must Sign: If you filed jointly, both you and your spouse must sign. Your attorney or agent may sign this waiver provided that action is specifically authorized by a power of attorney which, if not previously filed, must accompany this form.

If this waiver is signed by a person acting in a fiduciary capacity (for example, an executor, administrator, or a trustee), Form 56, Notice Concerning Fiduciary Relationship, should, unless previously filed, accompany this form.

If you agree, please sign and return this form; keep one copy for your records.

FORM 5564 (Rev. 6-92)

USA0710

**IRS** Department of the Treasury
Internal Revenue Service
Ogden, UT 84201-0040

7161 7617 9285 2839 8206

000939.337866.221101.8850 3 MB 0.695 2158

THOMAS S MILLETT
PO BOX 1075
MARION, MT  59925-1075755

000939

✂ -----------------------------------------------------------------------------------------------

Cut here and return this portion with your correspondence. Be sure the IRS address appears in the envelope window.

Notice Number:  LTR3219
Notice Date:  September 29, 2014
PC0277



Internal Revenue Service
OGDEN SERVICE CENTER
OGDEN, UT 84201-0040

THOMAS S MILLETT
PO BOX 1075
MARION, MT  59925-1075755

DL     30 0 201112 640 00000204453

USA0711