

# United States of America

**Department of the Treasury**
**Internal Revenue Service**

Date: **APR 0 7 2021**

## CERTIFICATE OF OFFICIAL RECORD

I certify that the annexed: is a true Form 4340, Certificate of Assessments, Payments, and Other Specified Matters for Thomas S Millett covering U.S. Individual Income Tax Returns in respect to the tax period ending December 31, 2009 consisting of 6 pages under the custody of this office.

IN WITNESS WHEREOF, I have hereunto set my hand, and caused the seal of this office to be affixed, on the day and year first above written.

By the direction of the Secretary of the Treasury:



Nicole T. Salazar
Accounting Operations Manager
Kansas City Submission Processing Center

**Exhibit 101**

Catalog Number 19002E   *U.S. GPO: 2000 – 533-039/07196   Form **2866** (Rev. 09-97)

USA0527

```
THOMAS S MILLETT                          EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

                                     ASSESSMENT,    PAYMENT,     ASSESSMENT
DATE       EXPLANATION OF TRANSACTION OTHER DEBITS  CREDIT       DATE
                                     (REVERSAL)    (REVERSAL)
-------------------------------------------------------------------------

           ADJUSTED GROSS INCOME
               112,454.00

           TAXABLE INCOME
               103,104.00

09-21-2011 SUBSTITUTE FOR RETURN                 0.00            10-10-2011
           29210-888-00000-1

           ESTIMATED TAX PENALTY              128.78             05-21-2012
           20121905

           LATE FILING PENALTY              1,597.50             05-21-2012
           20121905

04-15-2010 WITHHOLDING CREDIT                              15,489.00

           ADDITIONAL TAX ASSESSED        22,589.00             05-21-2012
           BY EXAMINATION
           AUDIT DEFICIENCY, 90 DAY
           LETTER UNDELIVERABLE
           ASED 20150515
           29247-521-00207-2  20121905

05-21-2012 RENUMBERED RETURN
           29247-521-00207-2

           INTEREST ASSESSED                678.74             05-21-2012
           20121905

           FAILURE TO PAY TAX               923.00             05-21-2012
           PENALTY
           20121905

05-26-2012 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION
```

FORM 4340 (REV. 01-2002)              PAGE    1

USA0528

THOMAS S MILLETT                       EIN/SSN:

TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040     TAX PERIOD: DEC 2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|------|----------------------------|-------------------------------------|----------------------------|-----------------|
| 08-24-2012 | CDP LEVY NOTICE ISSUED | | | |
| 08-31-2012 | CDP LEVY NOTICE RETURNED UNDELIVERABLE | | | |
| 11-30-2012 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| 12-04-2012 | LIEN FILING COLLECTION DUE PROCESS NOTICE ISSUED | | | |
| | INTEREST ASSESSED 20134405 | 478.06 | | 11-18-2013 |
| | FAILURE TO PAY TAX PENALTY 20134405 | 852.00 | | 11-18-2013 |
| 02-14-2014 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| | INTEREST ASSESSED 20144405 | 357.08 | | 11-17-2014 |
| 09-04-2015 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| | INTEREST ASSESSED 20154405 | 375.10 | | 11-23-2015 |

FORM 4340  (REV. 01-2002)              PAGE   2

THOMAS S MILLETT                         EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009


| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| | INTEREST ASSESSED 20164405 | | 461.25 | 11-21-2016 |
| 04-17-2017 | INITIAL LEVY ISSUED | | | |
| | INTEREST ASSESSED 20174405 | | 526.90 | 11-20-2017 |
| 05-14-2018 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT | | | |
| 05-14-2018 | Notice of certification as seriously delinquent tax debt sent to taxpayer - P | | | |
| 06-08-2018 | NOTICE OF FEDERAL TAX LIEN FILED | | | |
| | INTEREST ASSESSED 20184405 | | 638.31 | 11-19-2018 |
| | INTEREST ASSESSED 20194405 | | 795.46 | 11-18-2019 |
| 02-19-2020 | PROCESSABLE OIC PENDING | | | |
| 03-23-2020 | CERTIFICATION OF TAX ACCOUNT AS SERIOUSLY DELINQUENT TAX DEBT REVERSED | | | |
| 03-23-2020 | | | | |

FORM 4340  (REV. 01-2002)           PAGE   3

USA0530

THOMAS S MILLETT                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009

```
                                    ASSESSMENT,    PAYMENT,    ASSESSMENT
 DATE     EXPLANATION OF TRANSACTION OTHER DEBITS   CREDIT      DATE
                                    (REVERSAL)    (REVERSAL)
-----------------------------------------------------------------------------

03-09-2020 PROCESSABLE OIC NO LONGER
           PENDING BECAUSE RETURNED
           OR REJECTED

04-06-2020 CERTIFICATION OF TAX
           ACCOUNT AS SERIOUSLY
           DELINQUENT TAX DEBT

04-06-2020 Notice of certification as seriously delinquent tax debt sent to
           taxpayer - P

06-08-2020 CERTIFICATION OF TAX
           ACCOUNT AS SERIOUSLY
           DELINQUENT TAX DEBT
           REVERSED

06-08-2020

08-18-2020 THIRD PARTY CONTACT
           NOTIFICATION MADE BY
           COLLECTION

           INTEREST ASSESSED                       641.90      11-16-2020
           20204405

12-27-2010 Taxpayer Deliquency Notice

05-21-2012 Statutory Notice of Balance Due

06-11-2012 Statutory Notice of Intent to Levy


FORM 4340  (REV. 01-2002)               PAGE    4
```

USA0531

CERTIFICATE OF ASSESSMENTS, PAYMENTS, AND OTHER SPECIFIED MATTERS
------------------------------------------------------------------

THOMAS S MILLETT                        EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040    TAX PERIOD: DEC  2009

| DATE | EXPLANATION OF TRANSACTION | ASSESSMENT, OTHER DEBITS (REVERSAL) | PAYMENT, CREDIT (REVERSAL) | ASSESSMENT DATE |
|---|---|---|---|---|
| 11-18-2013 | Statutory Notice of Balance Due | | | |
| 11-17-2014 | Statutory Notice of Balance Due | | | |
| 11-23-2015 | Statutory Notice of Balance Due | | | |
| 11-21-2016 | Statutory Notice of Balance Due | | | |
| 11-20-2017 | Statutory Notice of Balance Due | | | |
| 11-19-2018 | Statutory Notice of Balance Due | | | |
| 11-18-2019 | Statutory Notice of Balance Due | | | |
| 11-16-2020 | Statutory Notice of Balance Due | | | |

FORM 4340  (REV. 01-2002)                    PAGE    5

USA0532

```
THOMAS S MILLETT                      EIN/SSN:


TYPE OF TAX: U.S. INDIVIDUAL INCOME TAX RETURN
FORM: 1040      TAX PERIOD: DEC  2009
------------------------------------------------------------


BALANCE          15,554.08

------------------------------------------------------------
```

I CERTIFY THAT THE FOREGOING TRANSCRIPT FOR THE ACCOUNT OF THE TAXPAYER NAMED ABOVE IN RESPECT TO THE TAXES SPECIFIED IS A TRUE AND COMPLETE DATA COMPILATION FOR THE PERIOD STATED OF ALL ASSESSMENTS, ABATEMENTS, CREDITS, REFUNDS, AND ADVANCE OR UNIDENTIFIED PAYMENTS, AND THE ASSESSED BALANCE RELATING THERETO, AS DISCLOSED BY THE RECORDS OF THIS OFFICE AS OF THE ACCOUNT STATUS DATE SHOWN BELOW. I FURTHER CERTIFY THAT THE OTHER SPECIFIED MATTERS SET FORTH IN THIS TRANSCRIPT APPEAR IN RECORDS OF THIS OFFICE. THE RECORDS ARE UNDER THE CUSTODY OF, AND SET FORTH THE ACTIVITIES OF, THIS OFFICE.

SIGNATURE OF CERTIFYING OFFICER: _[signature: Robyn Cabrini for]_

PRINT NAME: Nicole T. Salazar

TITLE: Accounting Operations Manager

DELEGATION ORDER: KCSPC-11-5-01


LOCATION: INTERNAL REVENUE SERVICE
          KANSAS CITY, MO

     ACCOUNT STATUS DATE 02/25/2021

FORM 4340  (REV. 01-2002)              PAGE    6