```
                            SUBSTITUTE USPS FORM 3877              January 9, 2012
NAME AND ADDRESS                                                   EXM
OF SENDER                                                                    PAGE    125

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE        STATUTORY NOTICES OF DEFICIENCY FOR THE YEAR(S)
AUDIT DIVISION                  INDICATED HAVE BEEN SENT TO THE FOLLOWING TAXPAYERS:

Ogden, UT  84201-0040

                    ADDRESS                                        ARTICLE NO.
```

11.  THOMAS S MILLETT
     8174 LAS VEGAS BLVD S STE 109    LAS VEGAS, NV  89123-1054340    7178 2665 9395 4335 2045
                                                                      POSTAGE FEES PAID BY IRS 2009

```
TOTAL NO. OF PIECES           TOTAL NO. OF PIECES              POSTMASTER (PER NAME OF RECEIVING EMPLOYEE)
LISTED BY SENDER    12        RECEIVED AT P.O.                 DATE
```

IRS OGDEN, UT. 84201
JAN -9 2012
USPS

NOTICES LISTED HEREON WERE ISSUED BY:

(MANUAL SIGNATURE)

**Exhibit**
104