IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | CV 21–47–M–DWM |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT |
| THOMAS MILLETT, | |
| Defendant. | |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure,

IT IS ORDERED that judgment is entered in favor of the United States and against Defendant Thomas S. Millett in the amount of $427,104.82, as of July 20, 2023, for federal tax liabilities (Form 1040) for the tax years 2004 to 2017, plus other statutory additions from July 20, 2023, in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621, until judgment is paid in full. The total amount of tax liability as of July 20, 2023 by tax year is as follows:

| 2004 | $48,143.44 |
|---|---|
| 2005 | $60,792.22 |
| 2006 | $66,930.91 |
| 2007 | $31,445.51 |

1

| 2008 | $82,585.72 |
| --- | --- |
| 2009 | $17,693.90 |
| 2010 | $25,787.02 |
| 2011 | $3,190.05 |
| 2012 | $18,521.82 |
| 2013 | $10,617.90 |
| 2014 | $37,516.47 |
| 2015 | $308.43 |
| 2016 | $9,342.50 |
| 2017 | $14,228.93 |
| **Total** | **$427.104.82** |

The 2004, 2005, 2006, 2007, 2008, and 2009 federal tax liens remain attached to a one-half interest in the real property located at 775 Pleasant Valley Road, Marion, Montana 59925.

DATED this 20th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court

2